**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 99-cv-02462-CMA-BNB

DAWN DILLON,

    Plaintiff,

v.

TWIN PEAKS CHARTER ACADEMY,

    Defendant.

---

**ORDER REGARDING COMPLIANCE WITH PRACTICE STANDARDS**

---

    This matter is before the Court on a review of the case docket and Pretrial Order. (Doc. # 87.)

    In the Pretrial Order, Plaintiff states that, "it is unclear whether all witnesses are available. It is possible that certain of them have passed away or moved away. Steps are being taken to find out. To the extent any are beyond subpoena authority, their testimony will have to be presented via deposition transcript."

    Pursuant to this Court's Civil Practice Standards (available online at http://www.cod.uscourts.gov/Documents/Judges/CMA/Civil%20Practice%20Standards.pdf), a party intending to present deposition testimony at trial in lieu of live testimony must submit the designated portions of the deposition directly to Chambers via e-mail **no later than forty-five days before trial**. *See* CMA Civ. Practice Standard IV.F. Since trial is this matter is currently set to commence May 11, 2009, *i.e.*, twenty-six days

from the date of this Order, the deadline for designation of deposition testimony has passed. Yet, Plaintiff has not submitted any designations of deposition testimony.[1]

As such, the Court questions whether the parties, specifically Plaintiff, have taken the time to review and familiarize themselves with the Court's Civil Practice Standards. If the parties have in fact reviewed this Court's Standards and Plaintiff simply has retreated from her position in the Pretrial Order, the parties can consider this Order a friendly reminder that non-compliance with the Civil Practice Standards and the deadlines therein may result in sanctions, including the exclusion of evidence.

However, if either party does intend to rely on deposition testimony instead of live witness testimony at trial, the Court hereby ORDERS that the party shall submit the designated deposition testimony to Chambers via e-mail **no later than five business days from the date of this Order**. Counter designations shall be made **no later than ten days** after the date that any initial designation is submitted and objections shall be submitted **no later than five days thereafter**.

DATED: April __15__, 2009

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Nor, for that matter has Defendant, but Defendant did not indicate the need to do so in the Pretrial Order, whereas Plaintiff did.