**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 99-cv-02462-CMA-BNB

DAWN DILLON,

      Plaintiff,

v.

TWIN PEAKS CHARTER ACADEMY,

      Defendant.

---

## ORDER REGARDING MOTION FOR LEAVE TO CALL A WITNESS OUT OF ORDER

---

The Court has reviewed Defendant's Motion for Leave of Court to Call Ivan Adams Out-of-Order (Doc. # 89), and believes that Defendant has shown good cause as to why this witness should be called out of order. Because trial in this matter is set to begin May 11, 2009, the Court will expedite the time frame for Plaintiff to file a response. Therefore,

Plaintiff is DIRECTED to file her response no later than 5:00 p.m. April 28, 2009. Such response shall set forth good cause as to why Defendant's request to call its witness, Ivan Adams, out of order should not be granted.

DATED: April 24, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge