**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 99-cv-02462-CMA-BNB

DAWN DILLON,

    Plaintiff,

v.

TWIN PEAKS CHARTER ACADEMY,

    Defendant.

_____

ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE
_____

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Final Trial Preparation Conference currently set for May 1, 2009, at 4:00 p.m. in Courtroom A602 of the Arraj Courthouse is RESET to **May 6, 2009, at 9:00 a.m.**

    DATED: April 30, 2009.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge