# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes           Date: May 6, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 99-cv-02462-CMA-BNB

*Parties:*                                                    *Counsel:*

DAWN DILLON,                          John Olsen
                                                  Diane Brown

    Plaintiff,

v.

TWIN PEAKS CHARTER ACADEMY,           Brent Case
                                                  Holly Ortiz

    Defendant.

---

## COURTROOM MINUTES
---

HEARING: Final Trial Preparation Conference

**8:58 a.m.**     **Court in session**.

Parties allowed 15 minutes per side for *voir dire*.

The case will be tired to a jury of 10.

The jurors will be allowed to take notes.

Counsel are directed to be in court one-half hour prior to trial.

**ORDER:**     Defendant's Motion for Leave of Court to Call Ivan Adams Out-Of-Order or, in the alternative, to Conduct a Deposition to Preserve Ivan Adams' Trial Testimony **(89)** is **granted**. The parties stipulate that Mr. Adams will be the first witness called Tuesday, May 12, 2009.

**ORDER:**     Plaintiff's Motion for One-Day Enlargement of Time to File Designated

Portions of Deposition Testimony **(90)** is **denied as moot**.

**DEADLINES/HEARINGS:**
1) A copy of disputed exhibits; defendant's objections; and plaintiff's brief supporting the admissibility of said exhibits due **May 7, 2009, 5:00 p.m.**
2) Objections to the Court's Proposed Statement of the Case due **May 7, 2009, 5:00 p.m.**
3) Glossary due **May 8, 2009, 4:00 p.m.**

**9:32 a.m.     Court in recess/hearing concluded**.

Total in-court time: 00:30