**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez | Date: May 11, 2009 |

Civil Action No. 99-cv-02462-CMA-BNB

| *Parties:* | *Counsel:* |
|---|---|
| DAWN DILLON, | Jack Olsen |
| | Diane Brown |
| Plaintiff, | |
| v. | |
| TWIN PEAKS CHARTER ACADEMY, | Brent Case |
| | Holly Ortiz |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Jury Trial Day One

**1:13 p.m.    Court in session**.

Also present:  Plaintiff Dawn Dillon and defendant's client representative Principal BJ Buchmann.

**ORDER:**    Defendant's Motion *in Limine* to Exclude Testimony Regarding Plaintiff's Medical Symptoms and Diagnosis **(98)** is **denied**.  Ms. Dillon shall be permitted to introduce evidence regarding her general physical and mental condition; Ms. Dillon shall not be permitted to introduce evidence regarding medical causation or other matters that fall outside the realm of lay knowledge.

**Exhibits admitted by stipulation:**    1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 18, 19, 21, 24, 25, 26, 27, 28, 29, 32, 33, 34, 36, 37, 41, 42, 46 and 47.

**ORDER:**    Defendant's Motion for Sequestration of Witnesses is **granted**.

**1:35 p.m.**   **Court in recess**.
**1:53 p.m.**   **Court in session**.

Jury selection.

Jury impaneled and sworn.

**ORDER:**    Jurors excused with direction to return **May 12, 2009, at 9:45 a.m.**

**3:41   Court in recess/hearing continued**.

Total in-court time: 2:10