## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 99-cv-02462-CMA-BNB

DAWN DILLON,

    Plaintiff,

v.

TWIN PEAKS CHARTER ACADEMY,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED:  May __14__, 2009

                                          BY THE COURT:

                                          _____
                                          Christine M. Arguello
                                          United States District Judge