**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes                    Date: September 30, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 99-cv-02462-CMA-BNB

| *Parties:* | *Counsel:* |
|---|---|
| DAWN DILLON, | Jack Olson |
| Plaintiff, | |
| v. | |
| TWIN PEAKS CHARTER ACADEMY, | Brent Case |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**4:42 p.m.    Court in session**.

Argument on Defendant's Emergency Motion to Quash Plaintiff's September 30, 2009 Trial Subpoena of Kathy Zlomke.

**ORDER:**    Defendant's Emergency Motion to Quash Plaintiff's September 30, 2009 Trial Subpoena of Kathy Zlomke **(129)** is **withdrawn**.

**DEADLINES/HEARINGS:**
Amended Kathy Zlomke trial designations and objections due on or before **October 2, 2009, 5:00 p.m.**

**4:57 p.m.    Court in recess/hearing concluded**.

Total in-court time: 00:12